United States District Court
Eastern District of Louisiana

Henderson Ford                        Civil Action

vs                                    Case No. 18-5030

Crood Children Gallery                Section SECT. H MAG. 3

## Complaint

### Jurisdiction
Americans with Disabilities Act of 1990; 42 U.S.C. 12181
and 42 U.S.C. 12182

### Supplemental Jurisdiction
Louisiana Civil Rights for Persons with Disabilities Act
R.S. 46:2253 and LS 46:2256(A)

### Parties
Plaintiff Henderson Ford

Defendant Crood Children Gallery

TENDERED FOR FILING

MAY 17 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee Pauper
Process ___
X Dktd
CtRmDep
Doc. No.

## Complaint

(1) Plaintiff contends that on or about February 25, 2018, Plaintiff try to go in Good Children Gallery, but was denied access to this business because: the business do not have a handicap ramp for a person in a wheelchair.

(2) Plaintiff contends that he is handicap because his right leg is cut off (6) inches below his knee.

(3) On March 1, 2018 Plaintiff sent the Defendant a Notice of Action, explaining how the Defendant is violating Americans with Disabilities Act.

(4) Plaintiff contend that the Defendant never answer or respond to the Notice of Action

(5) Plaintiff contend that the Defendant deny to Plaintiff his enjoyment of life to go freely in and out places of public accommodation.

## Relief

(6) The Defendant to pay all court cost

(7) PLAINTIFF REQUEST TRIAL by JURY

(8) THE DEFENDANT to pay PLAINTIFF Twenty Five Thousand dollars ($25,000.00) For Denying him his enjoyment of life

(9) THE DEFENDANT to pay PLAINTIFF Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under American with Disabilities Act.

(10) THE DEFENDANT to pay PLAINTIFF Twenty-Five Thousand dollars ($25,000.00) For violating his civil rights under Louisiana civil rights for person with Disabilities Act

(11) PLAINTIFF to be AWARDED cost

Thus done on this date of May 17, 2018

Respectfully submitted
Henderson Ford
Henderson Ford
2416 N. Dorgenois St Apt C
New Orleans La 70117
(504) 900-5870