UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENDERSON FORD | CIVIL ACTION |
| VERSUS | NO. 18-5030 |
| GOOD CHILDREN GALLERY | SECTION "H"(3) |

### ORDER OF DISMISSAL

The above-captioned matter was filed in this Court on May 17, 2018. Summons were issued by the clerk on May 22, 2018. A Notice to Show Cause was issued by the Court on October 23, 2018 instructing Plaintiff to effect service or show good cause as to why this matter should not be dismissed for failure to prosecute. The deadline to respond to or comply with the Court's notice has expired.

Accordingly;

**IT IS ORDERED** that the Plaintiff's claims against defendant, Good Children Gallery, are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed New Orleans, LA this 26th day of November, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE